Submitted on record and briefs November 8, 1991, reversed and remanded for reconsideration July 8, reconsideration denied November 4, petition for review denied December 22, 1992 (315 Or 271)

In the Matter of the Compensation of
Walter L. Mazaika, Claimant.

CAROLINA BIOLOGICAL SUPPLY
and Employers Insurance Supply of Wausau,
*Petitioners,*

*v.*

Walter L. MAZAIKA,
*Respondent.*

(WCB No. 90-00812; CA A70189)

836 P2d 139

Thomas A. Andersen, Beaverton, filed the brief for petitioners.

Gerald C. Doblie and Doblie & Associates, Portland, filed the brief for respondent.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron*, 114 Or App 64, 836 P2d 131 (1992).